J. M. DUPRE *v.* THE EXECUTOR OF BOULARD, f. w. c., et al.

| 10 | 411 |
| 46 | 985 |
| 10 | 411 |
| 119 | 713 |

The Courts of Louisiana will not give effect to a marriage or to a marriage contract, entered into in France, between a free white person with a person of color.

C. C. 95, 152.

APPEAL from the Third District Court of New Orleans, *Kennedy*, J. The brief for plaintiff and appellant is not signed by counsel. *Grailhe*, for defendant.

SPOFFORD, J. We prefer to pass the details of this record in silence.

It will suffice to say that they illustrate the wisdom of that Article in our Code, which strikes with nullity the marriage of a free white person with a person of color.   C. C. 95.

Whatever validity might be attached in France to the singular marriage contract, and subsequent unnatural alliance there celebrated between the plaintiff and the deceased testatrix, it is plain that, under the facts in evidence, the Courts of Louisiana cannot give effect to these acts, without sanctioning an evasion of the laws, and setting at naught the deliberate policy of the State.

The history of the relations between these parties, since they returned to their Louisiana domicil, furnishes another reason for a summary dismissal of the plaintiff's demand.   C. C. 152.

Judgment affirmed with costs.